**Order entered September 4, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00859-CV

### THERESA BARNETT, Appellant

### V.

### DAVID S. CROCKETT, ET AL., Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 10-00136

## ORDER

Before the Court is appellant's September 3, 2014 "notice of appeal" in which she complains of the trial court's August 13, 2014 order sustaining two contests to her affidavit of inability to pay and the trial court's August 28, 2014 order denying her amended motion to strike the August 13th order. We construe the notice of appeal as a motion pursuant to Texas Rule of Appellate Procedure 20.1(j)(1) and **ORDER** Renee Carroll, Official Court Reporter of the 116th Judicial District Court**, to file the record of the August 5, 2014 indigency hearing.** *See* TEX. R. APP. P. 20.1(j)(1),(3). We further **ORDER** Dallas County District Clerk Gary Fitzsimmons to file a supplemental clerk's record containing a copy of any order granting appellant leave to file an "updated" or "new" affidavit of indigence. If no such order can be located, Mr. Fitzsimmons shall notify the Court in writing. The requested reporter's and supplemental clerk's record, or

written verification, shall be filed **no later than September 8, 2014** and without advance payment of costs**.** *See id.* 4.1, 20.1(j)(3).  No extensions will be granted.  *See id.* 20.1(j)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tonya Parker, Presiding Judge, 116th Judicial District Court; Ms. Carroll; Mr. Fitzsimmons; and all parties.

/Ada Brown/

ADA BROWN
JUSTICE